UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KASEY SLICK,

        Plaintiff,

  v.

CABLECOM, LLC,

        Defendant.

Case No. 22-cv-03415-JSC

**JUDGMENT**

The Court having granted the motion to dismiss by Order filed September 12, 2022, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 12, 2022

JACQUELINE SCOTT CORLEY
United States District Judge